**CTP INNOVATIONS, LLC, Appellant**

v.

**EASTMAN KODAK COMPANY, AGFA Corp., Esko Software BVBA, Heidelberg, USA, Appellees**

**2016-1665**

United States Court of Appeals, Federal Circuit.

December 21, 2016

SAMUEL FLINT MILLER, Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, Nashville, TN, argued for appellant. Also represented by WAYNE EDWARD RAMAGE, MAIA T. WOODHOUSE; JOSHUA TROPPER, Atlanta, GA.

SCOTT ANTHONY MCKEOWN, Oblon, McClelland, Maier & Neustadt, LLP, Alexandria, VA, argued for appellees. Also represented by CHRISTOPHER RICCIUTI.

(Taranto, Linn, and Chen, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**